IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0409
 ((((((((((((((((

 In Re Louis Wardlow, Hot-Hed, Inc. And Cinaruco International, S.A.,

 v.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Hot-Hed, Inc. and
Cinaruco International, S.A., filed with this Court on June 17, 2011 this
case is ABATED effective as of June 16, 2011.
 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 24 day of June, 20.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Michael A. Cruz, Deputy Clerk